UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN THREDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLLARA, LLC and BOB SAGAR,<br><br>Defendants. | Case No. 3:21-cv-03865-JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VOLLARA, LLC'S MOTION TO DISMISS AND/OR STRIKE CLASS ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**<br><br>*[Filed Concurrently with<br>Notice of Motion and Motion to Dismiss and/or Strike Class Allegations from Plaintiff's Complaint; Declaration of Evan Hodge; Declaration of Troy A. Sanford]* |

The Court, having received, reviewed, and considered Defendant Vollara, LLC's Motion to Dismiss and/or Strike Class Allegations from Plaintiff's Complaint (the "Motion") (*see* Dkt. 22), and all papers filed in connection therewith, for good cause shown hereby GRANTS Vollara, LLC's Motion in its entirety.  The Complaint is dismissed with prejudice.  Paragraphs 61-74 of the Complaint (Dkt. 1) are hereby stricken in their entirety.

Dated: _____        **IT IS SO ORDERED**,

By: _____
Hon. Jacqueline Scott Corley
United States Magistrate Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

PROPOSED ORDER GRANTING MOTION TO DISMISS AND/OR STRIKE CLASS ALLEGATIONS FROM PLAINTIFF'S COMPLAINT CASE 3:21-CV-03865-JSC