Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Johnathan Threde*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOHNATHAN THREDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>VOLLARA, LLC and BOB SAGAR,<br><br>Defendants. | Case No. 3:21-cv-03865-JSC<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO BOB SAGAR ONLY** |

Counsel for Plaintiff Johnathan Threde files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to the claims against Bob Sagar only.

RESPECTFULLY SUBMITTED AND DATED on August 10, 2021.

By: *Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff Johnathan Threde*