Adam J Schwartz (SBN 251831)
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
adam@ajschwartzlaw.com
(323) 455-4016

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Johnathan Threde*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JOHNATHAN THREDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOLLARA, LLC,<br><br>Defendant. | Case No. 3:21-cv-03865<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

The Plaintiff files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's individual claims are dismissed with prejudice and putative class claims are dismissed without prejudice.

RESPECTFULLY SUBMITTED AND DATED on September 23, 2021.

By: <u>*Anthony I. Paronich*</u>
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

*Attorneys for Plaintiff Johnathan Threde*

- 1 -
NOTICE OF DISMISSAL
*Threde v. Vollara, LLC*, Case No. 3:21-cv-03865JSC